IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT LYNCHBURG, VA
FILED
FEB 11 2009
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

KENNETH HINTON, *pro se*,
        *Plaintiff*

v.

PEANUT CORPORATION OF AMERICA,
        *Defendant.*

CIVIL NO. 6:09CV00010

ORDER ON APPLICATION TO PROCEED
WITHOUT PAYMENT OF FEES

JUDGE NORMAN K. MOON

    Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, it is **ORDERED** that the application is **GRANTED**. The Clerk of Court is directed to file the complaint.

    Entered this 11th day of February, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE